IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Susanne D | Case Number: 08 B 25029 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 9/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,524.00 | 0.00 |
| 2. | Car Town | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 62.92 | 0.00 |
| 4. | RJM Acquisitions LLC | Unsecured | 8.72 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 6. | Illinois Tollway | Unsecured | | No Claim Filed |
| 7. | AFNI | Unsecured | | No Claim Filed |
| 8. | Duvera Collections | Unsecured | | No Claim Filed |
| 9. | Dvra Billing | Unsecured | | No Claim Filed |
| 10. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 11. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 12. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 13. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Spiegel | Unsecured | | No Claim Filed |
| 17. | Lou Harris | Unsecured | | No Claim Filed |
| 18. | Account Recovery Service | Unsecured | | No Claim Filed |
| 19. | Suncash Loan | Unsecured | | No Claim Filed |
| | | | $ 3,625.64 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Susanne D

Printed: 02/17/09

Case Number:  08 B 25029
Judge:  Hollis, Pamela S
Filed:  9/20/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*